**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROGER MOSBY
ADC # 63018                                                                                                    PLAINTIFF

V.                                       5:07CV00284 JMM/HDY

LARRY NORRIS, Director, Arkansas Department
of Correction; DAVID WHITE, Warden, Tucker
Maximum Security Unit, Arkansas Department of
Correction; and GENINE CROSBY, Mailroon
Supervisor, Tucker Maximum Security Unit, Arkansas
Department of Correction                                                                            DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

DATED this 19th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE